No. 92–366. RUWITCH, TRUSTEE, IRREVOCABLE TRUST AGREEMENT OF WALLACE R. RUWITCH v. WILLIAM PENN LIFE ASSURANCE COMPANY OF AMERICA. C. A. 8th Cir. Certiorari denied.

No. 92–376. ANTZOULATOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–377. CARPENTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–405. M & M REFORESTATION LTD. ET AL. v. SAIF CORP. ET AL. Ct. App. Ore. Certiorari denied.

No. 92–406. MELECHINSKY ET AL. v. ANDERSEN ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–411. SOCORRO MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–412. MITSUBISHI HEAVY INDUSTRIES, LTD., INDIVIDU-ALLY AND ON BEHALF OF MITSUBISHI AIRCRAFT INTERNATIONAL, INC. v. WILLIAMS AVIATION CO. ET AL. Sup. Ct. Tex. Certio-rari denied.

No. 92–424. REILLY v. INTERNAL REVENUE SERVICE. C. A. 3d Cir. Certiorari denied.

No. 92–429. MADSON v. MADSON. Ct. App. Wash. Certio-rari denied.

No. 92–439. WEISS v. GRIEVANCE COMMITTEE, TENTH JUDI-CIAL DISTRICT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certio-rari denied.

No. 92–447. WILLIS v. SHERWIN-WILLIAMS CO. C. A. 11th Cir. Certiorari denied.

No. 92–5161. NAGHDI v. UNITED STATES. C. A. 9th Cir. Cer-tiorari denied.

No. 92–5166. CHAPMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.